MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PHILIP A. GUENTERT (CABN 147374)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5079
   Fax: (408) 535-5066
   E-Mail: philip.guentert@usdoj.gov

Attorneys for Plaintiff

E-filing

FILED
DEC 11 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LHK
HRL

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN NYUNT, <br><br> Defendant. | CASE NO. CR 14 00624 <br><br> VIOLATION: 18 U.S.C § 922(j) and 924(a)(2)— Possession of Stolen Firearms <br><br> SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

From in or about August of 2009 to in or about November of 2012, in the Northern District of California, the defendant,

JOHN NYUNT,

knowingly possessed stolen firearms, that is, assault rifles, shotguns, and semi-automatic pistols belonging to the police academy of the Monterey Peninsula College, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were

1 | stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

3 | DATED: 12/10/14

MELINDA HAAG
United States Attorney

JEFFREY D. NEDROW
Assistant United States Attorney

(Approved as to form: _____
AUSA Philip A. Guentert

AO 257 (Rev. 6/78)

E-filing

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

—— OFFENSE CHARGED ——

COUNT ONE: 18 U.S.C. § 922(j) and 924(a)(2)-Possession of Stolen Firearms

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: Maximum prison term 10 years, Maximum fine $250,000, Maximum supervised release term 3 years, Restitution, Mandatory special assessment $100.00 and Forefeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

—— DEFENDANT - U.S ——
▶ JOHN NYUNT

DISTRICT COURT NUMBER

FILED LHK
DEC [ ]
CR 14    00624   HRL
RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT ——
IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)
SA Gail Paresa, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   PHILIP A. GUENTERT

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments: